UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON RODRIGUEZ,

Plaintiff,

v.

MZT TRANSPORT INC. and DARBY R.
SORRELL,

Defendant.

24-CV-6388 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 30, 2025, the parties notified Chambers that the parties had reached settlement in this action and would file a stipulation of dismissal. The Court subsequently ordered the parties to file notice of settlement on the docket, which was never done.

The parties shall submit a status update or notice of settlement no later than Tuesday February 17, 2026.

SO ORDERED.

Dated:        February 12, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge